UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 21-11658

Denise Robin Marshall  Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Mercedes-Benz Financial Services USA LLC hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Mercedes-Benz Financial Services USA LLC
    c/o BK Servicing, LLC
    PO Box 131265
    Roseville, MN  55113-0011

    BK Servicing, LLC

    By /s/ Ed Gezel

    Ed Gezel, Agent
    BK Servicing, LLC
    PO Box 131265
    Roseville, MN  55113-0011
    651-366-6390
    notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on July 7, 2021 :

| | |
|---|---|
| David M. Offen<br>The Curtis Center<br>601 Walnut Street<br>Suite 160 West<br>Philadelphia, PA  19106 | Scott F. Waterman (chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA  19606 |

By  /s/ Ed Gezel, Agent
          Ed Gezel

517650