IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Denise Robin Marshall | : | No.  21-11658-AMC |
| Debtor | : | |

ORDER

AND NOW, this      day of                          2021, upon consideration of the Motion to Extend Stay Beyond the 30 Day Period pursuant to 11 U.S.C. §362 it is hereby ORDERED that the Motion is Granted, and the automatic stay shall remain in effect as to all creditors for the remainder of this Chapter 13 case, unless a creditor after filing of notice and a motion for relief from automatic stay, and a hearing, subsequently obtains an order granting relief from the automatic stay.

**Date: July 7, 2021**

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Denise Robin Marshall