United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11658-amc |
| Denise Robin Marshall | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 07, 2021 | Form ID: pdf900 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise Robin Marshall, 1036 Rock Creek Drive, Wyncote, PA 19095-2116 |
| 14617484 | | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14618331 | + | Mercedes-Benz Financial Services USA LLC, c/o William E. Craig, Esq., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 14614592 | + | Wilmington Savings Fund Society c/o, AMIP Management, LLC, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 08 2021 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 08 2021 00:15:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: M74banko@daimler.com | Jul 08 2021 00:15:00 | Mercedes-Benz Financial Services USA LLC, 13650 Heritage Parkway, Fort Worth, TX 76177-5323 |
| 14614580 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2021 00:26:49 | Ashley Funding Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14614582 | | Email/Text: megan.harper@phila.gov | Jul 08 2021 00:15:00 | City of Philadelphia, TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Philadelphia, PA 19102-1595 |
| 14614581 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 08 2021 00:26:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14618315 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 08 2021 00:26:52 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14614584 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 08 2021 00:15:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14614585 | + | Email/Text: Diane@mvrlaw.com | Jul 08 2021 00:15:00 | Martha E. Von Rosenstiel, PC, 649 South Ave., Suite 7, Clifton Heights, PA 19018-3541 |
| 14614586 | + | Email/Text: M74banko@daimler.com | Jul 08 2021 00:15:00 | Mercedes-Benz Financial Services USA, Attn: Bankruptcy Dept, Po Box 685, Roanoke, TX 76262-0685 |
| 14618264 | + | Email/Text: M74banko@daimler.com | Jul 08 2021 00:15:00 | Mercedes-Benz Financial Services USA LLC, 13650 Heritage Parkway, Forth Worth, TX 76177-5323 |
| 14614587 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jul 08 2021 00:26:51 | MidFirst Bank, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |

| Recip ID | Bypass | Notice Method | Date | Name and Address |
|---|---|---|---|---|
| 14614588 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 08 2021 00:15:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14614590 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 08 2021 00:15:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14617819 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 08 2021 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14614583 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Philadelphia, PA 19102-1595 |
| 14620820 | * | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville MN 55113-0011 |
| 14614589 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14614591 | * | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Denise Robin Marshall dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Mercedes-Benz Financial Services USA LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 5

```
           IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


      IN RE:              :    CHAPTER 13
                          :
   Denise Robin Marshall  :    No.  21-11658-AMC
         Debtor           :
```

ORDER

AND NOW, this       day of                        2021, upon consideration of the Motion to Extend Stay Beyond the 30 Day Period pursuant to 11 U.S.C. §362 it is hereby ORDERED that the Motion is Granted, and the automatic stay shall remain in effect as to all creditors for the remainder of this Chapter 13 case, unless a creditor after filing of notice and a motion for relief from automatic stay, and a hearing, subsequently obtains an order granting relief from the automatic stay.

**Date: July 7, 2021**

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Denise Robin Marshall