## SCOTT F. WATERMAN

STANDING CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVENUE, SUITE 100
READING, PENNSYLVANIA 19606

SCOTT F. WATERMAN, ESQ.
ROLANDO RAMOS, ESQ.
ANN E. SWARTZ, ESQ.

(610) 779-1313
FAX (610) 779-3637

MAIL ALL PAYMENTS TO
P.O. BOX 680
MEMPHIS, TN 38101-0680

August 2, 2021

Frederic J. Baker, Asst. U.S. Trustee
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Hugh J. Ward, Bankruptcy Analyst
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

RE:  Denise Robin Marshall
Bankruptcy No. 21-11658 - AMC

Gentlemen:

The above-captioned Chapter 13 case was filed on June 11, 2021.

I respectfully decline administration of this case. William Miller administered this case in a prior bankruptcy and I believe he should administer it again.

Please assign a successor Trustee to this case. I have received one Plan payment which will be transferred to William Miller. We have not yet held a 341 Meeting of Creditors.

Thank you for your assistance and attention to this matter.

Very truly yours,

/s/ Scott F. Waterman

Scott F. Waterman
Standing Chapter 13 Trustee

SFW/blf
cc   U. S. Bankruptcy Court (via electronic means only)
Kevin P. Callahan, Esq. (via electronic means only)
James R. O'Malley, Bankruptcy Analyst (via electronic means only)
William C. Miller, Standing Chapter 13 Trustee (via electronic means only)
Ms. Denise Robin Marshall (via counsel)
David M. Offen, Esq. (via electronic means only)