IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Denise Robin Marshall | : | No.  21-11658-AMC |
| Debtor | : | |

ANSWER TO MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB FOR
RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362
AND CERTIFICATE OF SERVICE

   Debtor has accepted the offer of the loan modification from Wilmington Savings Fund Society, FSB and agrees to pay the new mortgage amount and any other fees or monies owing by the Debtor.

   WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief and allow the loan modification to proceed.


                                        /s/ David M. Offen
                                        David M. Offen
                                        Attorney for Debtor
Dated: 09/17/2021

   A copy of this Answer is being served on Michael J. Shavel, Esquire, and the Chapter 13 Trustee.