UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | |
|---|---|
| IN RE:<br><br>**Denise Robin Marshall**<br><br>Debtor | CHAPTER 13<br><br>CASE NO: 21-11658-amc<br><br>RELATED TO DOC 32 |

### ORDER APPROVING THE STIPULATION IN SETTLEMENT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, this _____ day of _____, 2021, it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

BY THE COURT:

**Date: October 6, 2021**

_____
Ashely M. Chan, USBJ