# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                   Chapter 13

DENISE ROBIN MARSHALL                          Bankruptcy No. 21-11658-AMC

1036 ROCK CREEK DRIVE

WYNCOTE, PA 19095


    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
DENISE ROBIN MARSHALL

1036 ROCK CREEK DRIVE

WYNCOTE, PA 19095

**Counsel for debtor(s), by electronic notice only.**
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 11/9/2021                                                                                 /s/ Kenneth E. West

                                                                                                                         Kenneth E. West, Esquire
                                                                                                                         Chapter 13 Standing Trustee