*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Denise Robin Marshall
    Debtor(s)

Case No: 21−11658−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation resolving Motion for Relief from Stay re 1036 Rock Creek Drive, Wyncote, PA 19095 Filed on behalf of Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V−D (related document(s)40, 47, 39, 51) and objection filed by the debtor

on: 2/8/22

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  1/11/22

Timothy B. McGrath
Clerk of Court