IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ) | |
| DENISE ROBIN MARSHALL ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| MERCEDES-BENZ FINANCIAL ) | Case No.: 21-11658 (AMC) |
| SERVICES USA LLC ) | |
| **Moving Party** ) | |
| ) | |
| v. ) | |
| ) | |
| DENISE ROBIN MARSHALL ) | |
| **Respondent(s)** ) | |
| ) | |
| KENNETH E. WEST ) | |
| **Trustee** ) | |
| ) | |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Mercedes-Benz Financial Services USA LLC and the Debtor in settlement of the Objection To Confirmation, and filed on or about May 24, 2022 in the above matter is APPROVED.

Dated:

BY THE COURT:

**Date: May 25, 2022**

_____
UNITED STATES BANKRUPTCY JUDGE