# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Denise Robin Marshall** | CASE NO.: 21-11658-amc |
| Debtor | RELATED DOCUMENT: 31 |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN

An Objection to Confirmation of Plan with respect to the property located at 1036 Rock Creek Drive, Wyncote, PA 19095, having been filed in this action by Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-D ("Movant"), by and through its counsel, Hill Wallack, LLP.,

**PLEASE TAKE NOTICE** that the Movant hereby voluntarily withdraws its Objection to Confirmation of Plan without prejudice.

HILL WALLACK, LLP

By: */s/ Angela C. Pattison, Esq.*
Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Telephone 856-616-8086
Facsimile 856-616-8081
Email: apattison@hillwallack.com

Dated: July 18, 2022

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br><br>**Denise Robin Marshall**<br><br>Debtor | CHAPTER 13<br><br>CASE NO.: 21-11658-amc<br><br>RELATED DOCUMENT: 31 |

## **CERTIFICATE OF SERVICE**

I hereby certify that service was made upon all interested parties, indicated below of the Praecipe to Withdraw Objection to Confirmation of Plan in the manner indicated below:

Denise Robin Marshall
1036 Rock Creek Drive
Wyncote, PA 19095
**Debtor**
Via Regular Mail

Kenneth E. West
1234 Market Street, Suite 1813
Philadelphia, PA 19107
**Standing Chapter 13 Trustee**
Via ECF

David M. Offen, Esquire
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106
**Debtor's Counsel**
Via ECF

United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
**Counsel to the UST**
Via ECF

**Respectfully submitted,**

*/s/Angela C. Pattison, Esquire*
Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Email: apattison@hillwallack.com

Dated: July 18, 2022