United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 21-11658-amc
Denise Robin Marshall                                                 Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                          User: admin                                            Page 1 of 3
Date Rcvd: Jul 19, 2022                               Form ID: 155                                       Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise Robin Marshall, 1036 Rock Creek Drive, Wyncote, PA 19095-2116 |
| 14629911 | + | Cheltenham School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14629909 | + | Cheltenham School District, c/o James R.Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14670798 | + | Commonwealth of Pennsylvania, c/o BRAD KUBISIAK, PA Office of the Attorney General, 1600 Arch Street, Ste 300 Philadelphia, PA 19103-2016 |
| 14614585 | + | Martha E. Von Rosenstiel, PC, 649 South Ave., Suite 7, Clifton Heights, PA 19018-3541 |
| 14618264 | + | Mercedes-Benz Financial Services USA LLC, 13650 Heritage Parkway, Forth Worth, TX 76177-5323 |
| 14618331 | + | Mercedes-Benz Financial Services USA LLC, c/o William E. Craig, Esq., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 14621068 | + | Midfirst Bank, c/o Rebecca Solarz, Esq., KLM Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 14629910 | + | Township of Cheltenham, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14629908 | + | Township of Cheltenham, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14614592 | + | Wilmington Savings Fund Society c/o, AMIP Management, LLC, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |
| 14633983 | + | Wilmington Savings Fund Society, FSB, c/o Michael J. Shavel, Esq., 777 Township Line Road, Suite 250, Yardley PA 19067-5565 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14614580 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 00:13:06 | Ashley Funding Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14614582 | | Email/Text: megan.harper@phila.gov | Jul 20 2022 00:10:00 | City of Philadelphia, TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Philadelphia, PA 19102-1595 |
| 14614581 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2022 00:13:05 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14618315 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 20 2022 00:13:05 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14614584 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 20 2022 00:10:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14614586 | + | Email/Text: M74banko@mercedes-benz.com | Jul 20 2022 00:10:00 | Mercedes-Benz Financial Services USA, Attn: Bankruptcy Dept, Po Box 685, Roanoke, TX 76262-0685 |
| 14617484 | | Email/Text: M74banko@mercedes-benz.com | Jul 20 2022 00:10:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14623475 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 20 2022 00:13:16 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14614587 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 20 2022 00:12:58 | MidFirst Bank, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14614588 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Jul 20 2022 00:10:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14614590 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 20 2022 00:10:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14617819 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 20 2022 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14614583 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Philadelphia, PA 19102-1595 |
| 14620820 | * | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville MN 55113-0011 |
| 14614589 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14614591 | * | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2022                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANGELA CATHERINE PATTISON | on behalf of Creditor Wilmington Savings Fund Society FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-D apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| BRAD KUBISIAK | on behalf of Creditor Commonwealth of Pennsylvania bkubisiak@attorneygeneral.gov |
| DAVID M. OFFEN | on behalf of Debtor Denise Robin Marshall dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Township of Cheltenham and Cheltenham School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KAITLIN D. SHIRE | on behalf of Creditor Wilmington Savings Fund Society FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-D kshire@hillwallack.com, lharkins@ecf.courtdrive.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL J. SHAVEL | on behalf of Creditor Wilmington Savings Fund Society FSB, as Owner Trustee of the Residential Credit Opportunities Trust |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 19, 2022 | Form ID: 155 | Total Noticed: 24 |

|  |  |
|---|---|
|  | V-D mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Mercedes-Benz Financial Services USA LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Denise Robin Marshall
      Debtor(s)                                         Chapter: 13

                                                                    Bankruptcy No: 21−11658−amc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this July 19, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                    Ashely M. Chan
                                                                    Judge ,
                                                                    United States Bankruptcy Court