# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Denise Robin Marshall<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK<br>　　　　　　　Movant<br>　　vs.<br>Denise Robin Marshall<br>　　　　　　　Debtor(s) | NO. 21-11658 AMC |
| Kenneth E. West<br>　　　　　　　Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this       day of              , 2022 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on January 24, 2022 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: September 6, 2022**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Denise Robin Marshall
1100 Rock Creek Drive Wyncote, PA 19095
Wyncote, PA 19095

David M. Offen Esq.
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532