IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | | |
|---|---|---|
| IN RE: | ) | |
| **DENISE ROBIN MARSHALL** | ) | CASE NO.: 2:21-bk-11658-amc |
| | ) | CHAPTER 13 |
| DEBTOR | ) | JUDGE ASHELY M. CHAN |
| | ) | |
| **GOLDMAN SACHS MORTGAGE COMPANY** | ) | |
| | ) | |
| CREDITOR | ) | |
| | ) | |
| **DENISE ROBIN MARSHALL, DEBTOR** | ) | |
| **AND KENNETH E. WEST, TRUSTEE** | ) | |
| | ) | |
| RESPONDENTS | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of Goldman Sachs Mortgage Company and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 7th day of November 2023

Respectfully submitted,
/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 7th day of November 2023.

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

# SERVICE LIST (CASE NO. 2:21-bk-11658-amc)

*DEBTOR*
DENISE ROBIN MARSHALL
1036 ROCK CREEK DRIVE
WYNCOTE, PA 19095

*ATTORNEYS FOR DEBTOR*
DAVID M. OFFEN
THE CURTIS CENTER
601 WALNUT STREET
SUITE 160 WEST
PHILADELPHIA, PA 19106
DMO160WEST@GMAIL.COM

*TRUSTEE*
KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107
ECFEMAILS@PH13TRUSTEE.COM

*U.S. TRUSTEE*
UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV