IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Denise Robin Marshall | : | No.  21-11658-AMC |
| Debtor | : | |

ANSWER TO MOTION OF MIDFIRST BANK
FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362
AND CERTIFICATE OF SERVICE

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted
6. Admitted.  Debtor's son did not pay the mortgage.
7. Denied.  Debtor has no proof of the same.
8. Debtor's son did not pay the mortgage.
9. Denied.  Debtor asks for a chance to get caught up.
10. No response required.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 03/11/2024

A copy of this Answer is being served on Mark A. Cronin, Esquire, and the Chapter 13 Trustee.