United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                  Case No. 21-11658-amc
Denise Robin Marshall                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Apr 02, 2024 | Form ID: pdf900 | Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise Robin Marshall, 1036 Rock Creek Drive, Wyncote, PA 19095-2116 |
| cr | + | Goldman Sachs Mortgage Company, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| cr | + | Mercedes-Benz Financial Services USA LLC, 13650 Hertiage Parkway, Fort Worth, TX 76177-5323 |
| cr | + | Township of Cheltenham and Cheltenham School Distr, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14629911 | + | Cheltenham School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14629909 | + | Cheltenham School District, c/o James R.Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14670798 | + | Commonwealth of Pennsylvania, c/o BRAD KUBISIAK, PA Office of the Attorney General, 1600 Arch Street, Ste 300 Philadelphia, PA 19103-2016 |
| 14828853 | + | Goldman Sachs Mortgage Company, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 14829029 | + | Goldman Sachs Mortgage Company, c/o JOSHUA I. GOLDMAN, Padgett Law Group, 6267 Old Water Oak Rd., Ste. 203 Tallahassee, FL 32312-3858 |
| 14614585 | + | Martha E. Von Rosenstiel, PC, 649 South Ave., Suite 7, Clifton Heights, PA 19018-3541 |
| 14618264 | + | Mercedes-Benz Financial Services USA LLC, 13650 Heritage Parkway, Forth Worth, TX 76177-5323 |
| 14618331 | + | Mercedes-Benz Financial Services USA LLC, c/o William E. Craig, Esq., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 14621068 | + | Midfirst Bank, c/o Rebecca Solarz, Esq., KLM Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 14629910 | + | Township of Cheltenham, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14629908 | + | Township of Cheltenham, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14633983 | + | Wilmington Savings Fund Society, FSB, c/o Michael J. Shavel, Esq., 777 Township Line Road, Suite 250, Yardley PA 19067-5565 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 03 2024 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 03 2024 00:17:00 | Commonwealth of Pennsylvania, Bureau of Compliance, PO Box 280946, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | Apr 03 2024 00:13:39 | Wilmington Savings Fund Society, FSB, as Owner Tru, AMIP Management, LLC, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |
| 14614580 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 03 2024 00:25:32 | Ashley Funding Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14617484 | | Email/Text: notices@bkservicing.com | Apr 03 2024 00:17:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14614582 | | Email/Text: megan.harper@phila.gov | Apr 03 2024 00:17:00 | City of Philadelphia, TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Philadelphia, PA 19102-1595 |
| 14614581 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 02, 2024 | Form ID: pdf900 | Total Noticed: 33 |

| | | | Apr 03 2024 00:25:44 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
|---|---|---|---|---|
| 14618315 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Apr 03 2024 00:25:44 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14836545 | + | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Apr 03 2024 00:17:00 | Goldman Sachs Mortgage Company, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14614584 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Apr 03 2024 00:17:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14614586 | + | Email/Text: M74banko@mercedes-benz.com | | |
| | | | Apr 03 2024 00:17:00 | Mercedes-Benz Financial Services USA, Attn: Bankruptcy Dept, Po Box 685, Roanoke, TX 76262-0685 |
| 14623475 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Apr 03 2024 00:25:38 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14614587 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Apr 03 2024 00:25:32 | MidFirst Bank, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14614588 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Apr 03 2024 00:17:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14614590 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Apr 03 2024 00:17:00 | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14617819 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Apr 03 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14614592 | | ^ MEBN | | |
| | | | Apr 03 2024 00:13:39 | Wilmington Savings Fund Society c/o, AMIP Management, LLC, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Cheltenham School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | *+ | Goldman Sachs Mortgage Company, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| cr | *+ | Township of Cheltenham, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14620820 | *P++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville MN 55113-0011 |
| 14614583 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Philadelphia, PA 19102-1595 |
| 14614589 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14614591 | * | Pennsylvania Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Apr 02, 2024 | Form ID: pdf900 | Total Noticed: 33

Date: Apr 04, 2024   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2024 at the address(es) listed below:**

**Name** — **Email Address**

ANGELA CATHERINE PATTISON
on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-D apattison@hillwallack.com, apattison@ecf.courtdrive.com

BRAD KUBISIAK
on behalf of Creditor Commonwealth of Pennsylvania bkubisiak@attorneygeneral.gov

DAVID M. OFFEN
on behalf of Debtor Denise Robin Marshall dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
on behalf of Creditor Township of Cheltenham jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JAMES RANDOLPH WOOD
on behalf of Creditor Township of Cheltenham and Cheltenham School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JAMES RANDOLPH WOOD
on behalf of Creditor Cheltenham School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JOSHUA I. GOLDMAN
on behalf of Creditor Goldman Sachs Mortgage Company Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

KAITLIN D. SHIRE
on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-D kshire@hillwallack.com, lharkins@ecf.courtdrive.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL J. SHAVEL
on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-D mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Mercedes-Benz Financial Services USA LLC wcraig@egalawfirm.com  mortoncraigecf@gmail.com

TOTAL: 14

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                   Chapter 13
DENISE ROBIN MARSHALL

                          Debtor              Bankruptcy No. 21-11658-AMC

# ORDER

**AND NOW**, this _____ day of _____, 202_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: April 2, 2024**

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
DENISE ROBIN MARSHALL

1036 ROCK CREEK DRIVE

WYNCOTE, PA 19095