**Fill in this information to identify the case:**

Debtor 1    Denise Robin Marshall
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number   21-11658 AMC

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** MIDFIRST BANK

**Court claim no**. (if known): 5_____

**Last 4 digits** of any number you use to identify the debtor's account: 5685
**Does this notice supplement a prior notice of postpetition fees, Expenses, and charges?**

■ No

❑ Yes. Date of the last notice:_____/_____/_____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees (Plan Review) | 7/23/2021_____ | (3) | $ 225.00_____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 07/19/2021_____ | (5) | $ 425.00_____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | 06/21/2021_____ | (7) | $ 20.00_____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Denise  Robin Marshall | | | Case number (*if known*) <u>21-11658 AMC</u> |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘/s/ Rebecca A. Solarz
_____
Signature

Date November 15, 2021

Print:   <u>Rebecca A. Solarz</u>
         First Name        Middle Name        Last Name

Title   <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701        Market Street, Suite 5000</u>
          Number        Street
          <u>Philadelphia,</u>                    <u>PA</u>   <u>19106</u>
          City                          State    ZIP Code

Contact phone   (215) 627–1322        Email  <u>rsolarz@kmllawgroup.com</u>